UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 02 2016 ★
BROOKLYN OFFICE

_Marlene Argilagos_

Write the full name of each plaintiff.

CV 16-6255
No. _____
(To be filled out by Clerk's Office)

-against-

_NYPD 113th Precinct_

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

BRODIE, J.

BLOOM, M.J.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or *full birth date*; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 02 2016 ★
BROOKLYN OFFICE

BRODIE, J.

BLOOM, M.J.

I. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: _Violation of personal effects_

II. **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Marlene_     _Denise_     _Arqilagos_
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_1411608318_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_RMSC Rikers Island_
Current Place of Detention

_19-19 Hazen St_
Institutional Address

_East Elmhurst_     _NY_     _11370_
County, City    State    Zip Code

III. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |
|---|---|---|
|  | Rivera. |  |

Current Job Title (or other identifying information): Officer of NYPD

Current Work Address: Baisley 113th Precinct

| County, City | State | Zip Code |
|---|---|---|
| Jamaica | NY | 11434 |

Defendant 2:

| First Name | Last Name | Shield # |
|---|---|---|
|  |  |  |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: **113th Precinct**

Date(s) of occurrence: **June 19th 2016**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On June 19 2016 at around 10pm - 12am at the 113th precinct I, Marlene Argilagos, was placed in a holding cell fully naked and when brought out to put my dress on officer Rivera deliberately dropped my dress in a puddle of dirty water on the floor. He then stepped on it rubbing the dress in the dirty water. And when I refused to put the drenched dress on NYPD used excessive force in result breaking 4 of my ribs.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Back spasm, Neck spasm, 4 broken ribs (rib cage), Pain and suffering, Body Aches.

VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Pain and suffering and all medical expenses

Page 5

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10/22/16 | *[signature]* |
| **Dated** | **Plaintiff's Signature** |
| Marlene | Denise  Argilagos |
| **First Name** | **Middle Initial**  **Last Name** |
| 19-19 Hazen St.  RMDC | |
| **Prison Address** | |
| East Elmhurst | NY.  11370 |
| **County, City** | **State**  **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6